Eastern District of Kentucky

**F I L E D**

FEB 14 2019

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

## UNITED STATES OF AMERICA

V.                                          **INDICTMENT NO.** 19-37-DCR-MAS

## JAMES E. WOOSLEY

\* \* \* \* \*

## THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2251(a)

On or about May 22, 2018, in Montgomery County, in the Eastern District of

Kentucky,

### JAMES E. WOOSLEY

employed, used, persuaded, induced, enticed, and coerced a minor, D.W., to engage in

sexually explicit conduct for the purpose of producing visual depictions of that conduct,

knowing and having reason to know that such visual depictions would be transmitted

using a means or facility of interstate commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 2
### 18 U.S.C. § 2251(a)

On or about May 22, 2018, in Montgomery County, in the Eastern District of

Kentucky,

### JAMES E. WOOSLEY

employed, used, persuaded, induced, enticed, and coerced a minor, G.W., to engage in

sexually explicit conduct for the purpose of producing visual depictions of that conduct,

knowing and having reason to know that such visual depictions would be transmitted

using a means or facility of interstate commerce, all in violation of 18 U.S.C. § 2251(a).

### COUNT 3
### 18 U.S.C. § 2252(a)(2)

Between on or about November 1, 2017, and on or about November 30, 2017, in

Montgomery County, in the Eastern District of Kentucky,

### JAMES E. WOOSLEY

did knowingly distribute a visual depiction using any means or facility of interstate or

foreign commerce, including by computer, and the production of said visual depiction

involved the use of a minor engaging in sexually explicit conduct and the visual depiction

was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

### COUNT 4
### 18 U.S.C. § 2252(a)(2)

On or about April 26, 2018, in Montgomery County, in the Eastern District of

Kentucky,

### JAMES E. WOOSLEY

did knowingly receive a visual depiction that had been transported in and affecting

interstate and foreign commerce, and the production of said visual depiction involved the

use of a minor engaging in sexually explicit conduct and the visual depiction was of such

conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 5
## 18 U.S.C. § 2252(a)(2)

On or about May 9, 2018, in Montgomery County, in the Eastern District of Kentucky,

### JAMES E. WOOSLEY

did knowingly receive a visual depiction that had been transported in and affecting interstate and foreign commerce, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 6
## 18 U.S.C. § 2252(a)(4)(B)

On or about August 8, 2018, in Montgomery County, in the Eastern District of Kentucky,

### JAMES E. WOOSLEY

did knowingly possess a matter containing visual depictions that had been transported in and affecting interstate and foreign commerce, and the production of said visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in this Indictment, any and all interest **JAMES E. WOOSLEY** has in the following property:

**COMPUTER AND ASSOCIATED EQUIPMENT**:

1. Cricket Alcatel One-Touch, Serial Number 14CEF2D1, Model Number 60450;
2. Asus Sonic Master laptop computer, Serial Number G1N0GR00101001B, Model Number X540S;
3. RCA Tablet, Model Number RCT6303W87MT;
4. AT&T Pantech smart phone, Model Number P9070, Serial Number 120100256467; and
5. All software and peripherals which are contained on or associated with the listed computers.

is vested in the United States and hereby forfeited to the United States pursuant to

18 U.S.C. § 2253.

**A TRUE BILL**

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-2:**    Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNTS 3-5:**    Not less than 5 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNT 6:**    Not more than 10 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

Not more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release if any visual depiction involves a prepubescent minor.

**PLUS:**    Forfeiture of all listed property.

**PLUS:**    Mandatory special assessment of $100 per count.  Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110, committed after May 29, 2015 through September 30, 2019.

**PLUS:**    Restitution, if applicable.